# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERREL DURR, | Case No.: 2:22-cv-00732-JAD-NJK |
| Petitioner | |
| v. | **Order Granting Petitioner's Motion for Appointment of Counsel** |
| WARDEN HIGH DESERT STATE PRISON, *et al.*, | (ECF No. 1-3) |
| Respondents | |

On September 20, 2022, I completed a preliminary review of Terrel Durr's *pro se* 28 U.S.C. § 2254 petition for writ of habeas corpus under Habeas Rule 4 and directed that it be served on respondents.[1] Durr moves for appointment of counsel.[2] Because I conclude that counsel is warranted in this case, I grant the motion.

There is no constitutional right to appointed counsel for a federal habeas corpus proceeding,[3] but the court must appoint an attorney if (1) a case is so complex denying counsel would deny due process or (2) the petitioner's education is so limited that he is incapable of fairly presenting his claims.[4] Although it is currently unclear whether some of the legal issues this petitioner wishes to raise related to his conviction by jury and habitual criminal adjudication

---

[1] ECF No. 6.

[2] ECF No. 1-3.

[3] *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987); *Bonin v. Vasquez*, 999 F.2d 425, 428 (9th Cir. 1993).

[4] *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986), cert. denied, 481 U.S. 1023 (1987); *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir.), cert. denied, 469 U.S. 838 (1984); *Hawkins v. Bennett*, 423 F.2d 948 (8th Cir. 1970).

are complex, Durr is serving a sentence of life in prison without the possibility of parole. So, in order to ensure due process, I grant Durr's motion for counsel.

IT IS THEREFORE ORDERED that:

- The Clerk of Court is directed to **detach and file** petitioner's motion for appointment of counsel [ECF No. 1-3];

- Petitioner's motion for appointment of counsel **[ECF No. 1-3] is GRANTED**;

- The Federal Public Defender for the District of Nevada (FPD) is appointed to represent the petitioner;

- The Clerk of Court is directed to **electronically serve** the FPD a copy of this order, together with a copy of the petition for writ of habeas corpus [ECF No. 5]. The FPD has 30 days from the date of entry of this order to file a notice of appearance or to indicate to the court its inability to represent petitioner in these proceedings;

- The briefing schedule set forth in my order dated September 20, 2022, at ECF No. 6 is **VACATED**. After counsel has appeared for petitioner in this case, the court will issue a scheduling order, which will, among other things, set a deadline for the filing of an amended petition.

_____
U.S. District Judge Jennifer A. Dorsey
October 5, 2022