UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERREL DURR,<br><br>    Petitioner<br><br>v.<br><br>WARDEN HIGH DESERT STATE PRISON, *et al.*,<br><br>    Respondents | Case No.: 2:22-cv-00732-JAD-NJK<br><br>**Order Granting Extension of Time to File Amended Petition to May 15, 2023**<br><br>[ECF No. 15] |

On October 5, 2022, I granted habeas petitioner Terrel Durr's request for counsel and appointed the Federal Public Defender to represent him.[1] AFPDs Laura Barrera and Ron Y. Sung have now appeared on his behalf[2] and move to extend Durr's deadline to file an amended petition because the record is extensive and they need additional time to conduct their review and investigation.[3] With good cause appearing,

IT IS ORDERED that petitioner's unopposed motion to extend time to file an amended petition **[ECF No. 15] is GRANTED**. **The deadline to file the amended petition is extended to May 15, 2023.**

                                                                                          _____
                                                                                        U.S. District Judge Jennifer A. Dorsey
                                                                                                                             February 14, 2023

---

[1] ECF No. 9.
[2] ECF Nos. 10, 11.
[3] ECF No. 15.