UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERREL DURR,<br><br>    Petitioner<br><br>v.<br><br>WARDEN HIGH DESERT STATE PRISON, *et al.*,<br><br>    Respondents | Case No.: 2:22-cv-00732-JAD-NJK<br><br>**Order Granting Extension of Time to File Amended Petition to June 29, 2023**<br><br>**[ECF No. 18]** |

28 U.S.C. § 2254 habeas corpus petitioner Terrel Durr seeks an extension of time to file an amended petition.[1] Good cause appearing,

IT IS ORDERED that petitioner's unopposed second motion for extension of time to file an amended petition **[ECF No. 18] is GRANTED** *nunc pro tunc*. **The deadline to file an amended petition is extended to June 29, 2023**.

_____
U.S. District Judge Jennifer A. Dorsey
May 16, 2023

---

[1] ECF No. 18.