# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Terrel Durr,

    Petitioner

v.

Warden High Desert State Prison, *et al*.,

    Respondents

Case No.: 2:22-cv-00732-JAD-NJK

**Order Granting Extension of Time to Respond to Amended Petition to November 24, 2023**

[ECF No. 22]

Respondents seek an extension of time to file a response to Terrel Durr's 28 U.S.C. § 2254 petition for writ of habeas corpus due to work and personal demands.[1] Good cause appearing,

IT IS ORDERED that respondents' unopposed motion for extension of time to file a response to the amended petition **[ECF No. 22] is GRANTED** *nunc pro tunc* to September 25, 2023. **The deadline to file the response is extended to November 24, 2023**.

_____
U.S. District Judge Jennifer A. Dorsey
September 26, 2023

---

[1] ECF No. 22.