# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Terrel Durr, | Case No.: 2:22-cv-00732-JAD-NJK |
| Petitioner | |
| v. | **Order Granting Extension of Time to Respond to Amended Petition to January 22, 2024** |
| Warden High Desert State Prison, *et al.*, | |
| Respondents | [ECF No. 24] |

Respondents seek an extension of time to file a response to Terrel Durr's 28 U.S.C. § 2254 petition for writ of habeas corpus.[1]  With good cause appearing,

IT IS ORDERED that respondents' second unopposed motion for extension of time to file a response to the amended petition **[ECF No. 24] is GRANTED** *nunc pro tunc* to November 24, 2023.  **The deadline to file the response is extended to January 22, 2024**.

_____
U.S. District Judge Jennifer A. Dorsey
November 27, 2023

---

[1] ECF No. 24.