UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Terrel Durr,<br><br>    Petitioner<br><br>v.<br><br>Warden High Desert State Prison, *et al.*,<br><br>    Respondents | Case No.: 2:22-cv-00732-JAD-NJK<br><br>**Order Granting Extension of Time to Oppose Motion to Dismiss to June 10, 2024**<br><br>[ECF No. 35] |

Petitioner Terrel Durr requests an extension of time to file an opposition to respondents' motion to dismiss his 28 U.S.C. § 2254 petition for writ of habeas corpus.[1]  Good cause appearing, I grant the motion.  **Absent extraordinary circumstances, the court is highly unlikely to grant any further extension.**

IT IS ORDERED that petitioner's unopposed motion for extension of time to file an opposition to the motion to dismiss **[ECF No. 35] is GRANTED** *nunc pro tunc*.  **The deadline to oppose is extended to June 10, 2024**.

_____
U.S. District Judge Jennifer A. Dorsey
March 12, 2024

---

[1] ECF No. 35.