# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Terrel Durr,

    Petitioner

v.

Warden High Desert State Prison, *et al.*,

    Respondents

Case No.: 2:22-cv-00732-JAD-NJK

**Order Granting Extension of Time to Oppose Motion to Dismiss to July 10, 2024**

[ECF No. 37]

    Petitioner Terrel Durr requests an extension of time to file an opposition to respondents' motion to dismiss his 28 U.S.C. § 2254 petition for writ of habeas corpus.[1]  He explains that he entered a new guilty plea in the underlying criminal case, is set to be sentenced on that new plea on June 26, 2024, and will move to dismiss this case after entry of judgment.  Good cause appearing, IT IS ORDERED that petitioner's unopposed second motion for extension of time to file an opposition to the motion to dismiss **[ECF No. 37] is GRANTED** *nunc pro tunc* to June 10, 2024.  **The deadline to oppose is extended to July 10, 2024**.

 

                                                   _____
                                                  U.S. District Judge Jennifer A. Dorsey
                                                                  June 11, 2024

---

[1] ECF No. 37.