Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Laura Barrera
Assistant Federal Public Defender
Michigan State Bar No. P80957
Laura_Barrera@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577

*Attorney for Terrel Durr

United States District Court
District of Nevada

| | |
|---|---|
| Terrel Durr,<br><br>    Petitioner<br><br>    v.<br><br>Warden High Desert State Prison, *et al.*,<br><br>    Respondents | Case No. 2:22-cv-00732-JAD-NJK<br><br>**Stipulation and Order to Dismiss Petition and Close Case**<br><br>ECF Nos. 33, 39 |

**Stipulation**

This case began with a pro se petition for writ of habeas corpus filed by Terrel Durr on May 5, 2022.[1] This Court then granted Durr's motion for appointment of counsel.[2] Durr filed a counseled amended petition and exhibits on June 27, 2023.[3] Durr subsequently filed a petition for writ of habeas corpus in the Eighth Judicial District Court in Las Vegas. Through the state habeas proceedings, Durr was able to renegotiate his case, resulting in a new judgment of conviction and a new sentence.[4] As a result of the new plea agreement, Durr's sentence in the case that underlies the present petition was changed from life without the possibility of parole to a sentence of 10 to 25 years.[5]

In light of Durr's new judgment of conviction, these proceedings are moot. Accordingly, the parties stipulate and agree that the petition should be dismissed, and the case should be closed. Counsel for Respondents also notes that Respondents' stipulation does not constitute a waiver of any defenses.

Dated July 10, 2024

| | |
|---|---|
| Aaron D. Ford<br>Attorney General | Rene L. Valladares<br>Federal Public Defender |
| *s/ Brooke D. Georguson*<br>Brooke D. Georguson<br>Deputy Attorney General | *s/ Laura Barrera*<br>Laura Barrera<br>Assistant Federal Public Defender |

---

[1] ECF No. 1-1.
[2] ECF No. 9.
[3] ECF Nos. 20, 21.
[4] P.Ex. 7.
[5] P.Ex. 7.

## ORDER

Based on the parties' stipulation **[ECF No. 39]** and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED**, each side to bear its own fees and costs. The pending motion to dismiss **[ECF No. 33] is DENIED** as moot. The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 10, 2024